IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL D. and SHARRON MAYO, individually and on behalf of all those similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08-00568-CV-W-DGK |
| GMAC MORTGAGE, LLC, USB REAL ESTATE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY (in its capacity as trustee of the MASTR SPECIALIZED LOAN TRUST 2007-01), and RESIDENTIAL FUNDING COMPANY, LLC | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Now before the Court is Plaintiffs' Motion to Strike (doc. 211). Plaintiffs move to strike Defendants' joint reply brief on the pending motion for summary judgment (doc. 210) and Defendants' motion to strike various portions of Plaintiffs' brief in opposition to the motion for summary judgment (doc. 208). In the alternative, Plaintiffs request leave to file a 27 page sur-reply to Defendants' joint reply brief and three other briefs responding to various issues.

In a companion order to this one the Court is denying Defendants' motion to strike (doc. 208), so this portion of Plaintiffs' motion is denied as moot. The Court finds Defendants' joint reply brief does not "grossly and intentionally exceed the length permitted," and so this portion of the motion is denied. Finally, the Court sees no need for any more briefing related to the pending summary judgment motion, and Plaintiffs' alternative request is denied.

1

The Motion is DENIED.

**IT IS SO ORDERED.**

DATE:  January 13, 2011                    /s/ Greg Kays
                                           GREG KAYS, JUDGE
                                           UNITED STATES DISTRICT COURT