# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL D. MAYO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08-00568-CV-W-DGK |
| | ) |
| UBS REAL ESTATE SECURITIES, INC. | ) |
| and DEUTSCHE BANK NATIONAL TRUST | ) |
| COMPANY (in its capacity as trustee of | ) |
| the MASTR SPECIALIZED LOAN | ) |
| TRUST 2007-01), | ) |
| | ) |
| Defendants. | ) |

## ORDER DENYING MOTION TO STAY BRIEFING SCHEDULE

Before the Court is Defendant UBS Real Estate Securities, Inc.'s Motion to Stay Briefing Schedule (doc. 269), which Defendant Deutsche Bank National Trust Company in its capacity as a trustee of the MASTR Specialized Loan Trust 2007-01 has joined.

Defendants request that the Court stay the briefing concerning the *Washington v. Countrywide Home Loans* decision until that decision becomes final, noting that a party may seek a rehearing from the panel or rehearing en banc.

Assuming for the sake of argument that a party does seek a rehearing, there is uncertainty whether such a request would be granted. The Court also notes this case is almost three years old, a fact which also weighs against issuing a stay. The motion is DENIED.

**IT IS SO ORDERED.**

DATE: August 10, 2011         /s/ Greg Kays
                              GREG KAYS, JUDGE
                              UNITED STATES DISTRICT COURT